Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000518
04-APR-2014
09:12 AM

NO. CAAP-14-0000518

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KUALOA RANCH, INC., Plaintiff-Appellee,

v.

PHOEBE P. LOPES; STELLA R. MAKA; DARLENE K. VAAI (ALSO FOR) LYLE K. RODRIGUES; MELVIN K. RODRIGUES; GAIL H. WATTS; MADELINE L. MAIAVA; MAY WARREN; CLARA GONZAGA; LILY BURKE; LINDA K.H. KAMAI; LAYLA U. BURKE; LAYLA U. KAEHU; JAMES PUA KAAI; DAWN WASSON; LEILEHUALANI K.E.L. KANE, Defendants-Appellants,

and

NAHOLOWAA (k) aka NAHOLOAA (k) SATABI (k) aka KAPAKI NAHOLOWAA aka LABATI; KAPAU (k); JOHN KAIKEKI; KINI KAIKEKI (w) aka KINI KEKEIKI (w); KALAMA KAAIKEIKI (k) aka KALAMA KEIKEKI (k); KAUI (k); KAOHI (k); ELENA PALEA aka ELENA KULUWAIMAKA aka ELENA KAPAKI; ARCHIBALD KAHELE (k); SAMUEL K. KAHELE (k); CLARA KEALA KAMAKEEAINA (w), aka CLARA KAHELE KAMAKEEAINA (w); ELAINE KALEIPUALA MIOI (w) aka ELAINE GUIEB; PAUL MIOI; JUDITH MIOI; JERRY GUIEB; WILLIAM KAMAKEEAINA; GLENN KAMAKEEAINA; TRISHA MAHEALANI KAMAKEEAINA; PHOEBE P. KALEO (w); JAMES H. KALEO SR.; JAMES H. "KIMO" KALEO JR.; HORACE K. KAMAKEEAINA (k); LILY K. KAMAKEEAINA; HORACE N. "BOZO" KAMAKEEAINA; FILSANN K. KAMAKEEAINA; ALBERT K. KAMAKEEAINA; MAYLISAJOY KAMAKEEAINA; LIZZIE K. KAINA; CLARENCE KAINA JR.; LAVERNE KAINA; LIZZIE KAINA aka ELISABETH ENDO; YOLANDA K. KAINA; KALANI KAINA; MAIKA KAINA (k) aka MIKA WRIGHT; KAUWELA KAINA aka KAUWELA WRIGHT; EMILY GOMES; STELLA K. KAAI; PAUL KAAI; ASHLEY KAAI; WILLIAM KAAI; HAROLD KAAI; LAKEMAHI KAAI; WAYNE KAAI; PAMELA GRAVELY; HIRAM KELIIHOLOKAI KAHELE, SR., (k); MARY K. KAHELE (w); MARY K. KANEALII (w); BENJAMIN KANEALII, JR.; RODNEY P. KAHELE (k); SOLOMON K. KAHELE (k); HIRAM K. KAHELE, JR.; HORACE K. KAHELE; ARCHIE E. KAHELE; EUGENE K. KAHELE; SHIRLEY BUSHE fka SHIRLEY N. KAHELE (w); LARRY BUSHE JR.; NALANI VASQUEZ; LEI BUSHE aka ALIDA L.

DOROTHY; ABAGAIL SOUZA fka ABIGAIL M. KAHELE (w);
JACOB K. KAHELE; ISABELLE MAKALII fka ISABELLE L.
KAHELE (w); RAMONA L. MEYERS fka RAMONA K. KAHELE (w);
TIMOTHY KAHELE; HANNAH K. CORN (w); LIBBY L. CHO;
CAROLINE K. LOCQUIAO; TY KAMAKEEAINA; CLYDE P.
KAMAKEEAINA; JUNIOR KAMAKEEAINA aka JUNIOR LOCQUIAO;
NALANI KAMAKEEANIA aka JANICE N. LOCQUIAO; VICKI
MENDIOLA aka VICTORIA MENDEOLA; AUDREY K. BRIDGES;
CY M. BRIDGES; KYLE K. BRIDGES; GEORGE K. BRIDGES;
STACEY H. BRIDGES (k); GAILENE S. HOOLAULEA BRIDGES
STEFFEN; JENNIE K. KAIO; CARL KAIO; STEVEN KAIO; DEBRA
STANLEY; DELL-FIN BROOKS; JERILYN FELY; DANIEL LONO
KAMAKEEAINA; JOHN S. KAMAKEEAINA; DANIEL KAMAKEEAINA;
WAYNE KAMAKEEAINA; STENDER KAMAKEEAINA; CHARLENE
KAMAKEEAINA (w); OLGA "NANI" K. TUA; AMALANI TUA (k);
ELLEN K.K. BRYANT (w); JOSEPH KEOHO BRYANT; SARAH
BRYANT; CHARLES BRYANT; JAMES BRYANT; CALVIN BRYANT;
JOHN BRYANT; HERBERT PAKU; ESTHER GILMAN; JEANETTE
MEDEIROS; IWANE GRAY; ELLEN BRYANT; WILHEMINA SUPAPO
aka WILHELMIN SUPAPO; LAVAINA SEUMANUTAFA; MARY
KEHENEAUKAI YADAO; CHARLES YADAO; CERILO YADAO; JULIE
FRIERSON; JENNIE LORENZANA aka JENNIE DOMINGO; LAWRENCE
PAI; KALANI AH MAU BISHAW; JOSHUA AH MAU BISHAW; ESTHER
KAMAE K. RODGRIGUES (w); ALAN K. RODRIGUES KAHELE aka
ALAN RODRIGUES; JOLANDA-MAE R. RODRIGUES KAHELE; ROLAND
RODRIGUES; JOHN RODRIGUES JR.; LESLIE RODRIGUES; ESTHER
GILMAN; CHARLOTTE "KEAHAULANI" UBANDO; GAIL "HUANANI"
RODRIGUES; LESLEY RODRIGUES (k); FRANCES KALAMAU;
KANAKA CISCO; EDDIE "TIGER" KALAMAU; KEHAULANI KALAMAU
(w); KALONA KALAMAU (w); DONNALYN DEMELLO; DARNELLE
DEMELLO; JACOB K. KAHELE (k); LANA GAIL HEINRICH;
SAMUEL KELIIHOLOKAI KAHELE SR.; GEORGIANA KAHELE; PEARL
LEIMOMI MONTERO; ELIZABETH KAPUAOKALANI FERRER;
SOLOMON P. PALEA (k); FRANCIS KUHAUPIO PIHANUI PALEA
(k); DAISY KEANINI VALES (w), aka DAISY PALEA VALES (w)
aka DAISY CAMBRA VALES (w); MAY H. VILLACRUZES (w);
AUGUST K. CAMBRA, SR.; BREDE CAMBRA; AUGUST K. CAMBRA,
JR.; VERNA H. SCHUBERT; RICHARD R. VALES (k); JUIANA
SAMPOANG; Their heirs or assigns, Defendants-Appellees,

and

DOE DEFENDANTS 1-100; AND ALL WHOM IT MAY CONCERN, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0038)

ORDER DENYING MARCH 28, 2014 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF MARCH 21, 2014 DISMISSAL ORDER
(By: Foley, Presiding Judge, Fujise and Ginoza JJ.)

Upon review of (1) the March 21, 2014 order dismissing
appellate court case number CAAP-14-0000518 for lack of appellate

jurisdiction, (2) the March 28, 2014 motion for reconsideration of the March 21, 2014 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of fact or law when we entered the March 21, 2014 dismissal order.

In their motion for reconsideration, Movants argue that their appeal is valid because HRAP Rule 4(a)(2) authorizes premature appeals. However, HRAP Rule 4(a)(2) authorizes premature appeals only when the circuit court eventually enters a final judgment. In the instant case, the circuit court has not yet entered a final judgment, and, thus, HRAP Rule 4(a)(2) does not apply.

"We are required to determine if we have jurisdiction in each appeal." Jenkins v. Cades Schutte Fleming & Wright, 76 Hawai'i 115, 119, 869 P.2d 1334, 1338 (1994). "An appellate court has . . . an independent obligation to ensure jurisdiction over each case and to dismiss the appeal *sua sponte* if a jurisdictional defect exists." State v. Bohannon, 102 Hawai'i 228, 234, 74 P.3d 980, 986 (2003) (quoting State v. Graybeard, 93 Hawai'i 513, 516, 6 P.3d 385, 388 (App. 2000).

The March 21, 2014 dismissal order does not preclude the parties from a subsequent timely appeal once the circuit court enters an appropriate final judgment.

Therefore,

IT IS HEREBY ORDERED that the March 28, 2014 HRAP Rule 40 motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, April 4, 2014.

Presiding Judge

Associate Judge

Associate Judge

3